No. 04–9630.  CALDWELL v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH.  C. A. 10th Cir.  Certiorari denied.

No. 04–9634.  REYES SANTANA v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 04–9637.  MILLER v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 04–9638.  PETSCHL v. MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 04–9639.  STROUT v. CERTAIN REAL PROPERTY LOCATED AT 105 MAKI LANE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 04–9643.  TAYLOR v. RYAN, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–9645.  MARINO v. TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 04–9647.  NASH v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 04–9651.  WAULS v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–9653.  SORIA v. GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–9691.  PETERSEN v. BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–9708.  CUMBERBATCH v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 04–9714.  MENDOZA-GAUNA v. FEDERAL BUREAU OF PRISONS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–9721.  LESLIE v. SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 04–9722.  JONES v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.